NORMAN MELLOR, TRADING AS ARGUTO OILLESS BEARING CORPORATION, APPELLANT, v. EDWARD V. HARTFORD, INCORPORATED, A CORPORATION, RESPONDENT.

Submitted October 26, 1928—Decided May 20, 1929.

On appeal from the Supreme Court in which the following *per curiam* was filed:

"This writ reviews an order made by the judge of the Hudson Circuit Court, quashing a writ of attachment against the defendant.

"The defendant was duly incorporated in the State of New York in 1904, under the name of the Hartford Suspension Company, and under such name it in 1908 filed a certificate in New Jersey to do business there. In 1916 the company filed a certificate in New York state changing its name to Edward V. Hartford, Incorporated, but omitted to register the change of name in New Jersey.

"The prosecutor contends that under circumstances that Edward V. Hartford, Incorporated, is a corporation not created or recognized in New Jersey nor authorized to do business here, and that consequently it comes within the fourth section of the Attachment act, and is subject to attachment as a non-resident corporation.

"The Attachment act originally applied only to non-resident individuals; it was later extended to include corporations. This extension has been construed to the same effect as the original act, i. e., to include only non-resident corporations.

"When the corporation, as in the instant case is admitted, has its plant and property in New Jersey, and has resident officers here upon whom process may be served, it is considered a resident *de facto* corporation and is therefore exempt from attachment. This conclusion leads to an affirmance of the judgment of the Circuit Court."

For the appellant, *Perkins & Drewen.*

For the respondent, *Arthur T. Vanderbilt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, HETFIELD, DEAR, JJ. 10.

*For reversal*—PARKER, KAYS, JJ. 2.